JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ZULILY, LLC. a Washington limited liability company; IMERC, LLC, a California Limited Liability Company; 121 BLVD, a California Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:17-cv-02648- R-JC<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Manuel L. Real* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: September 12, 2017

_____
The Honorable Manuel L. Real
United Stated District Court Judge